IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIM PIERCE, on Behalf of All
Others Similarly Situated                                    PLAINTIFF

v.                        No. 3:17-cv-63-DPM

BIG RIVER STEEL LLC                                          DEFENDANT

ORDER

Joint motion to approve settlement, № 11, noted. The Court needs, and would appreciate, more information. Please file an addendum by 1 September 2017 answering these questions.

- Is there any precedent for a fee award in these circumstances based primarily on payments to non-parties?

- What was the total paid to non-parties?

- For what period were the non-parties paid? (Big River's answer indicates January 2016 to April 2017. Please confirm.)

- Did the non-parties sign a release? (If so, file it as Sealed Exhibit C with the addendum.)

- What did Big River say to the non-parties about the payments? Was this case mentioned? (If there was a letter, for example, file it as Sealed Exhibit D.)

- Given the proposed confidentiality provision, the Court assumes that settlement details (including payments to Pierce and the requested attorney's fee) were not disclosed to non-parties. Please confirm.

- Please identify everyone listed by initials in Sealed Exhibit A, provide a total for time spent by each person, and describe (briefly) each person's qualifications and role.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2017