# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KIM PIERCE, on Behalf of All
Others Similarly Situated                              PLAINTIFF

v.                          No. 3:17-cv-63-DPM

BIG RIVER STEEL LLC                                    DEFENDANT

## ORDER

1.    The stay is lifted.  Pierce's unopposed motion to substitute, № 26, is granted.  The Court needs to know the personal representative to complete the substitution.  Please file a notice, with the order of appointment, acceptance, and letters attached.

2.    Pierce's embedded request for an extension is also granted. Motion to approve settlement due by 30 April 2018.  The Court appreciates the parties' continued collaboration.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_16 April 2018_