# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KIM PIERCE, on Behalf of All
Others Similarly Situated                                        PLAINTIFF

v.                          No. 3:17-cv-63-DPM

BIG RIVER STEEL LLC                                              DEFENDANT

## ORDER

The parties have informally provided the Court with the requested papers from the probate case. See attached. Paulette Barbee, Administratrix of the Estate of Kimberly Hope Gillock, is substituted for Kim Pierce as plaintiff. The Court directs the Clerk to update the docket.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 April 2018

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS  FILED
OSCEOLA DISTRICT
PROBATE DIVISION

FEB 1 5 2018

IN THE MATTER OF THE ESTATE OF
KIMBERLY HOPE GILLOCK, DECEASED

JANICE CURRIE
COUNTY & PROBATE DIVISION CLERK
No. 47-OPR-18-5

## ORDER APPOINTING ADMINISTRATRIX

On this 15th day of February, 2018, comes on for hearing the petition of Paulette Barbee for appointment of an administratrix of the estate of Kimberly Hope Gillock, deceased, and upon consideration of such petition, and the facts and evidence in support thereof, the Court finds:

1. That no demand for notice of proceedings for the appointment of a personal representative of the estate has been filed herein, the petition is not opposed by any known person, and the same may be heard and decided forthwith.

2. That Kimberly Hope Gillock, who resided at 922 North Garden Drive, Osceola, Arkansas 72370, died intestate at Wilson, Arkansas, on or about November 18, 2017.

3. That this Court has jurisdiction and venue properly lies in this county.

4. That Paulette Barbee is a proper person and fully qualified by law to serve as administratrix of the estate.

5. That the amount of property which may reasonably be expected to pass through the hands of the administrator is $0.00.

6. That all distributees of the estate are competent, and have filed written waivers of bond and there are no known unsecured claims.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that administration of the estate be, and hereby is, opened and Paulette Barbee be, and she hereby is appointed administratrix of the estate of the decedent, Kimberly Hope Gillock, and that Letters of Administration shall be issued to said personal representative upon filing of her Acceptance of Appointment.

_____
Honorable Judge Ralph E. Wilson, Jr.

RECORDED THIS 15 DAY OF Feb. 2018
BOOK 3 PAGE 229-230 OF THE
Probate RECORDS OF OSCEOLA
DISTRICT OF MISSISSIPPI COUNTY, ARKANSAS
JANICE CURRIE
COUNTY & PROBATE DIVISION CLERK
BY: Terry Lague D.C.

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
OSCEOLA DISTRICT
PROBATE DIVISION

FILED
FEB 15 2018

JANICE CURRIE
COUNTY & PROBATE DIVISION CLERK

IN THE MATTER OF THE ESTATE OF
KIMBERLY HOPE GILLOCK, DECEASED

No. PR-47-OPR-18-5

## ACCEPTANCE OF APPOINTMENT AS ADMINISTRATOR

The undersigned, Paulette Barbee, having been appointed administrator of the above estate, hereby accepts the appointment.

DATED this 3 day of January, 2018.

_____
Paulette Barbee

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
OSCEOLA DISTRICT
PROBATE DIVISION

IN THE MATTER OF THE ESTATE OF
KIMBERLY HOPE GILLOCK, DECEASED

No. 47-OPR-18-5

## LETTERS OF ADMINISTRATION

Be it known that Paulette Barbee, whose address is 922 North Garden Drive, Osceola, Arkansas 72370, having been duly appointed administratrix of the estate of Kimberly Hope Gillock, and having qualified as such administratrix is hereby authorized to act as such administratrix for and in behalf of the estate and to take possession of the property thereof as authorized by law.

Dated this 15th day of February, 2018.

_____
Probate Clerk, Mississippi County, Arkansas

RECORDED THIS 15 DAY OF Feb 2018
BOOK K PAGE 61 OF THE
Letters RECORDS OF OSCEOLA
DISTRICT OF MISSISSIPPI COUNTY, ARKANSAS
JANICE CURRIE
COUNTY & PROBATE DIVISION CLERK
BY _____ D.C.